UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>    Petitioner,<br><br>    v.<br><br>THE U.S. ATTORNEY GENERAL,<br><br>    Respondent. | No. CV 19-8360-DMG (AGR)<br><br>JUDGMENT |

    Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

    IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is summarily dismissed.

DATED: November 8, 2019

                                    DOLLY M. GEE<br>                              United States District Judge